IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| AGNES MUKANTAGARA, and EBENEZER SHYAKA,<br><br>          Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary, United States Department of Homeland Security, *et al.*<br><br>          Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:20-cv-00897-RJS-DAO<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendants based on the court's lack of subject matter jurisdiction.

SO ORDERED this 23rd day of May 2024.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

1